JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| HERMINIO CESAR CASTRO, an individual, MARIA BONILLA, an individual,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, LAPD CHIEF OF POLICE CHARLIE BECK, LAPD OFFICER VINCENT ALLARD, LAPD OFFICER ANDREW DINEEN, LAPD OFFICER OAKLEY, LAPD OFFICER LOPEZ, SERGEANT OLSON and DOES I through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2: 12-cv-6696-ODW(MANx)<br><br>**JUDGMENT FOR DEFENDANTS** |

In light of the Court's February 11, 2014 Order Granting DEFENDANTS Motion for Summary Judgment (ECF No. 90), the Court **ORDERS** that judgment be entered as follows:

/ / /

1. Judgment for DEFENDANTS LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, LAPD CHIEF OF POLICE CHARLIE BECK, LAPD OFFICER VINCENT ALLARD, LAPD OFFICER ANDREW DINEEN, LAPD OFFICER OAKLEY, LAPD OFFICER LOPEZ, and SERGEANT OLSON, and against PLAINTIFFS HERMINIO CESAR CASTRO and MARIA BONILLA;

2. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

February 13, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**